IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CATERRION BACKUS | § | |
| VS. | § | CIVIL ACTION NO. 9:23-CV-180 |
| KENT GLASSEL, *et al.*, | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, Caterrion Backus, an inmate confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se,* filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Kent Glassel, Scott W. Grimm, Caulder R. Schwarz, and Daniel D. Dickerson

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Plaintiff filed a Motion for Leave to Proceed *In Forma Pauperis* on April 12, 2024 (doc. #3). The attached Inmate Trust Fund Statement of Accounts shows that Plaintiff has a current balance of $3,202.42. Plaintiff has sufficient funds to pay the $405.00 filing fee.

Recommendation

Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (doc. #3) should be denied. Plaintiff has thirty (30) days to pay the $405.00 filing fee.

Objections

Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(c).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen (14) days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Serv. Auto. Assoc'n.*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 23rd day of April, 2024.

_____
Zack Hawthorn
United States Magistrate Judge