| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| CATERRION BACKUS, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 9:23-CV-180 |
| | § | |
| KENT GLASSEL, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Caterrion Backus, a prisoner confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Kent Glassel, Scott W. Grimm, Caulder R. Schwarz, and Daniel D. Dickerson.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On April 23, 2024, the magistrate judge recommended denying Plaintiff's motion for leave to proceed *in forma pauperis*. To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#4) is

**ADOPTED**.  Plaintiff's motion for leave to proceed *in forma pauperis* (#3) is **DENIED**.  Plaintiff shall have thirty days from the date of this order in which to pay the filing fee of $405.00.

SIGNED at Beaumont, Texas, this 21st day of June, 2024.

                                  *Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE